IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS SANDOVAL,

      Plaintiff,                    No. CIV 05-2510 DFL PAN P

  vs.

CALIFORNIA MEDICAL FACILITY,

      Defendant.                ORDER

_____/

        On December 21, 2005, the court directed plaintiff either to pay the filing fee or to submit an application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). On January 3, 2006, plaintiff submitted only the required affidavit and so January 10, 2006, the court directed plaintiff to submit the required trust account statement. Plaintiff has not submitted the required trust account statement, but he asserts he has only $100 and can make only a small payment each month.

        Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." If

1 the court grants leave to proceed in forma pauperis, then the prisoner is responsible for
2 incremental payments based upon the balance of his trust account statement and his income.  See
3 28 U.S.C. § 1915(b).
4       The court cannot evaluate plaintiff's request for leave to proceed in forma
5 pauperis without the required trust account statement.
6       In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall
7 submit, within thirty days from the date of this order, a certified copy of his prison trust account
8 statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff's
9 failure to comply with this order will result in a recommendation that this action be dismissed
10 without prejudice.
11 DATED: March 30, 2006.

UNITED STATES MAGISTRATE JUDGE