IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS SANDOVAL,

     Plaintiff,                       No. CIV S-05-2510 DFL EFB P

     vs.

CALIFORNIA MEDICAL FACILITY,

     Defendant.                  FINDINGS AND RECOMMENDATIONS

     On January 10, 2006, the court gave plaintiff 30 days to submit a certified copy of his trust account statement for the six-month period immediately preceding the filing of the complaint and warned him that failure to do so would result in a recommendation that this action be dismissed. Plaintiff notified the court that he did not understand the order. On March 30, 2006, the court again explained the requirement and gave plaintiff 30 days to file a copy of his trust account statement. On April 28, 2006, plaintiff notified the court that he has $100 for pre-payment of the filing fee. On July 26, 2006, the court gave plaintiff another chance to submit a copy of his trust account statement within 30 days and warned plaintiff that failure to do so would result in a recommendation that this action be dismissed without prejudice.

     The 30-day period has expired and plaintiff has not submitted a copy of his trust account statement for the six-month period immediately preceding the filing of the complaint or

1  otherwise responded to that order.

2      It therefore is RECOMMENDED that this action be dismissed without prejudice.

3      These findings and recommendations are submitted to the United States District Judge
4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days
5  after being served with these findings and recommendations, any party may file written
6  objections with the court and serve a copy on all parties. Such a document should be captioned
7  "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
8  within the specified time may waive the right to appeal the District Court's order. *Turner v.
9  Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10 Dated: November 15, 2006.

                      /s/ Edmund F. Brennan
                      EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE