IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS SANDOVAL,

    Plaintiff,                      No. CIV S-05-2510 RRB EFB P

    vs.

CALIFORNIA MEDICAL FACILITY,

    Defendant.                  <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 16, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Although plaintiff filed a letter with the court on November 30, 2006, plaintiff has not filed objections to the findings and recommendations and his November 30, 2006 pleading is not directed to the magistrate judge's findings and recommendation.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

1

1  ORDERED that:

2      1. The findings and recommendations filed November 16, 2006, are adopted in
3  full; and

4      2. This action is dismissed without prejudice.

5  DATED: 2/1/2008

8                                 /s/ Ralph R. Beistline
9                                 UNITED STATES DISTRICT JUDGE

10  /